UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDWARD GUY PAYNE, JR.,

                Petitioner,

  v.

JEFFREY A. UTTECHT,

                Respondent.

No. 3:20-CV-05296-RJB-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation (Dkt. 23).

(2)     Petitioner's federal habeas Petition is dismissed with prejudice. All pending motions (Dkt. 14, 15) are denied as moot.

(3)     A certificate of appealability is denied in this case.

**DATED** this 1st day of March, 2021.

_____
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1